## SAMUEL LOCKWOOD v. JOHN MITCHELL and LEVI DUKES.

Court of Chancery. Sussex. December, 1821.